LAW OFFICES OF DALE K. GALIPO
  Dale K. Galipo (Bar No. 144074)
  *dalekgalipo@yahoo.com*
  Adrienne J. Quarry (Bar No. 245186)
  *aquarry@galipolaw.com*
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

HUMBERTO GUIZAR SBN: 125769
LAW OFFICES OF HUMBERTO GUIZAR
3500 West Beverly Blvd.
Montebello, California 90640
Telephone: (323) 725-1151
Facsimile : (323) 725-0350
e-mail: herito@aol.com

Attorneys for Plaintiff
JEREMY FOGELMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY FOGLEMAN,<br><br>              Plaintiff,<br><br>     vs.<br><br>COUNTY OF LOS ANGELES, DEPUTY HERNANDEZ, DEPUTY NERY, SERGEANT EDIE, and DOES 1 THROUGH 20, inclusive,<br><br>              Defendants | Case No.: CV 10 9384-MMM (OPx)<br><br>[Before the *Hon. Margaret M. Morrow*]<br><br>**PLAINTIFF'S PARTIAL OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 12 OF 14 TO EXCLUDE WITNESSES FROM COURTROOM**<br><br>**Pre-Trial Conference:**<br>Date:   07/02/2012<br>Time:  9:30 AM<br>Ctrm.:  740 (Roybal) |

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Plaintiff has no objection to the exclusion of non-party witnesses from the courtroom prior to their testimony.  Plaintiff requests, however, that witnesses, including those who are friends and family of the parties, be permitted to observe the proceedings after their testimony is complete.  After witnesses have finished, there is no risk that their testimony will be adversely affected and Defendants offer no reason why witnesses should be excluded once they have testified.

Therefore, Plaintiff respectfully requests that the Court deny Defendant's Motion in Limine No. 12 to the extent that it would exclude witnesses from the courtroom after their testimony is complete.


DATED:  June 18. 2012                    LAW OFFICES OF DALE K. GALIPO


By:_____ */s/ Dale K. Galipo*_____
            Dale K. Galipo
            Adrienne J. Quarry
            *Attorneys for Plaintiff*